[No. 38484-8-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL J. BILSON, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 95-1-00771-9, David A. Nichols, J., entered March 28, 1996. *Affirmed* by unpublished per curiam opinion.

[No. 38518-6-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LEWIS WILLIAM BESIO, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 94-1-00152-6, Michael F. Moynihan, J., entered March 18, 1996. *Remanded* by unpublished per curiam opinion.

[No. 38541-1-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES CHAPPELLE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-00887-9, Eric Watness, J. Pro Tem., entered April 15, 1996. *Dismissed* by unpublished per curiam opinion.

[No. 38602-6-I.    Division One.    June 30, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH MILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-8-01367-8, Eric Watness, J. Pro Tem., entered May 8, 1996. *Affirmed* by unpublished per curiam opinion.